```
1  Name(s) Christina Ruelas
2  Address 12677 Cumorah
3  
4  City, State, Zip Code  Clovis CA 93619
5  Telephone Number  559 614 7204
6  
7  Defendant(s), Pro Se
```

**FILED**
**JUN 24 2024**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re Christina Marie Ruelas,
　　　　Debtor

Gregg Roberts,
Plaintiff,

v.

Christina Marie Ruelas,
Defendant

Bankruptcy Case No.
2019-bk-13631

Adversary Proceeding No.
24-01012-B

ANSWER

Each defendant whose signature appears below, appearing *pro se*, alleges that this is a core proceeding and [CHECK ONE BOX]:

☐ denies each and every other allegation of the complaint other than the procedural facts regarding the filing of the bankruptcy petition herein; [OR]

☒ admits being indebted to plaintiff at the time the bankruptcy petition was filed herein but denies each and every other

EDC 3-101 (11/98)　　　　Page 1 of 2

allegation of the complaint, other than the procedural facts regarding the filing of the bankruptcy petition.

Dated: 6/15/2024

_____
Defendant

_____
Defendant

CERTIFICATE OF SERVICE

I, the undersigned, whose address is 12677 Cumorah [STREET ADDRESS] Clovis CA 93619 [CITY, STATE AND ZIP CODE], certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on 6-15-2024 [DATE ANSWER MAILED], I served a true copy of the foregoing ANSWER by U.S. Mail, first class postage pre-paid, addressed as follows [INSERT BELOW NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY AS SHOWN ON SUMMONS]:

US BK Court
Courtroom 13, 5th floor
2500 Tulare St
Fresno CA 93721

I certify under penalty of perjury that the foregoing is true and correct

Dated: 6-15-2024

_____
[SIGNATURE OF PERSON SERVING ANSWER]

EDC 3-101 (11/98)         Page 2 of 2